JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stuart E. Rickerson, | Case No. **CV 09-1481-JFW (MANx)** |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| Hartford Life Group Insurance Company, et al., | |
| Defendants. | |

    THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

    IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within 30 days, to re-open the action if settlement is not consummated. During this 30 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

(Rev. 2/15/08)

In the event a motion or *ex parte* application to re-open is not filed within 30 days, the dismissal of this action will be with prejudice.

Dated: March 11, 2010

                                        JOHN F. WALTER  
                                      United States District Judge

(Rev. 2/15/08)                         2