JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STUART E. RICKERSON, | CASE NO. CV 09-1481 JFW (MANx) |
| Plaintiff, | **ORDER TO DISMISS ACTION WITH PREJUDICE** |
| v. | |
| HARTFORD LIFE GROUP INSURANCE COMPANY; CARDINAL HEALTH INC. GROUP LONG TERM DISABILITY PLAN, | |
| Defendants. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against Defendants. Each party is to bear their own costs and attorney's fees.

DATED: March 29, 2010

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE